Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

LANNY MICHAEL OVERBY & DARLA JO OVERBY

CASE NO. 09-70638-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 8853 | SS#2: xxx-xx- 2638 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   <u>1/21/2010</u>   Orig. Time:   <u>11:00 AM</u>        Reset Date:            Reset Time:

B. Meeting Results:        <u>Adjourned</u>

C. Debtor(s):   <u>Debtor 1 Appeared</u>            <u>Debtor 2 Appeared</u>

D. Attorney for Debtor(s):   <u>Appeared</u>

E. Creditor Appearance:   None

F. Amount Paid to the Trustee as of       1/21/2010   <u>$1,406.00</u>      First Payment Due Date:      <u>1/16/2010</u>

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:      <u>Complete</u>

   Budgeted Income:   <u>$6,752.50</u>   Expense:   <u>$5,346.50</u>   Surplus:   <u>$1,406.00</u>

   Plan Payment:   <u>$1,406.00</u>   <u>Monthly</u>                    Plan Term(Months):   <u>60</u>

I. Value of Non-Exempt Property:      <u>$0.00</u>   Proposed Amount to Unsecured Creditors:      <u>$0.00</u>

   ____ Objection to Exemption of:

   ____ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

   ____ Object to Invoke Stay Pleading

   ____ Case Converted from Chapter 7, Bar Date Set:   <u>4/21/2010</u>   Date Converted from Chapter 7:

J. Required Information:   <u>Good</u>

K. Business Information:

L. Object to Confirmation:   <u>Yes</u>

   Sch I fails to include all income
   Sch J lists excessive expenses
   Failure to include all disposable income
     -Acknowledge 100% to avoid all the objections listed above.
     -$52,344.60 Hardacre amount comes into play if an objection is filed.

M. Financial Management Class:   <u>Debtor 1 Appeared</u>        <u>Debtor 2 Appeared</u>

N. Eligibility:

   Certificate of Credit Counseling Filed:   <u>Both Debtor 1 and Debtor 2</u>

   Credit Counseling Provider Approved:                    <u>Yes</u>

   Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900):      <u>No</u>

O. Domestic Support Obligation:      <u>$0.00</u>   Current:            Arrears:      <u>$0.00</u>

   Affidavit and Disclosure of Domestic Support Obligations Received:   <u>Yes</u>

P. Remarks:   Questions
              -Overby Consulting or any other business in operation?
         No
              -Any active bank accounts other than personal?
         No
              -Must report & include business income.
                 -Was there, is there, or will there be any?
         No
              -WW is for $1687, but plan payment is only scheduled to be $1,406.
         Corrected WW received 1/20/10

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

    -$0.00 income from oil royalties in past 3 years? Sch A states $0.00 value.
Correct no income in past 3 years
    -Overby consulting has no cash, oil roalty,  or land assets?
No
    -Mr. Sch I should be $8,046 per 12/1/09 YTD not $7433.
November was less than usual because of a expected surgery
    -Children contribute to household?
No
    -Sch J lists excessive expenses
        -National Standard for 5 is $4,593, Sch J is $5,346.50
        -$200 phone
Yes
        -$179 cable internet/home phone
Yes
        -$100 home maintenance for rented home
First $100 of any problem and land lord pays the difference.
        -$465 auto insurance
Yes
        -$200 college expense
College classes while in high school.
Objections
    -Sch I fails to include all income
    -Sch J lists excessive expenses
    -Failure to include all disposable income
        -Acknowledge 100% to avoid all the objections listed above.
        -$52,344.60 Hardacre amount comes into play if an objection is filed.

Dated:    1/21/2010                                       /s/ Walter O'Cheskey

                                               Standing Bankruptcy Trustee
                                               By:     Brent Hagen

| Case Number: | | | | | 09-70638 Page 3 of 4 |
|---|---|---|---|---|---|
| Debtor: | | | | | Overby |
| Attorney: | | | | | MJW |
| Presiding Officer: | | | | | Brent Hagan |
| Calculation Date: | | | | | 1/21/2010 9:34 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $33,318.58 | | 44 | $757.24 | $33,318.58 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees       Paid Through the Plan | $2,719.00 | | | | $2,719.00 |
|---|---|---|---|---|---|
| Noticing Fees | $90.24 | | | | $90.24 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $2,719.00 | | | | |
| Less Noticing Fees | $90.24 | Greater Of --------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $33,318.58 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $34,303.65 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $40,132.00 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $84,360.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $44,228.00 |

**Comments:**
$52,344.60 hardacre if objection is filed
Acknowledge 100% to avoid any objections

Version 1.03 Last Revised: 7/31/2008

| Case Number: | 0 |
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | **1/21/2010 9:34** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $8,921.47 |
| **Less Line 57 B22C** | | $8,049.06 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | $0.00 |
| Adjustment out | | ($872.41) |
| | | |
| **Month Disposable Income Available** | | ($0.00) |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | **($0.00)** |

| **Comments:** |